Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOY AND KEVIN THOMAS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1-10 inclusive,<br><br>    Defendants. | Case No.  CV-11-02695-JAM-DAD<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiffs Joy and Kevin Thomas and Defendant NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

/ / /

/ / /

/ / /

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after February 9, 2012, for filing dispositional documents.

Dated: 1/10/12             SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

<u>/s/ Albert R. Limberg</u>
Albert R. Limberg
Attorneys for Defendant
NCO Financial Systems, Inc.

Dated: 1/10/12             LEMBERG & ASSOCIATES, LLC

<u>/s/Tammy Hussin</u>
Tammy Hussin
Attorney for Plaintiffs
Joy and Kevin Thomas