Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOY AND KEVIN THOMAS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No.  CV-11-02695-JAM-DAD<br><br>JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　　Defendant NCO Financial Systems, Inc. and Plaintiffs Joy and Kevin Thomas, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

　　　This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the

parties agree to dismiss this action, in its entirety, with prejudice. The parties will bear their own attorneys fees and costs.

Dated: 1/30/12  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Albert R. Limberg*
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: 1/30/12  LEMBERG & ASSOCIATES, LLC

*/s/ Tammy Hussin*
Tammy Hussin
Attorney for Plaintiffs
Joy and Kevin Thomas