UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOY AND KEVIN THOMAS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and<br>DOES 1-10 inclusive,<br><br>        Defendants. | ) Case No.  CV-11-02695-JAM-DAD<br>)<br>)<br>) ORDER GRANTING<br>) JOINT STIPULATION AND MOTION<br>) TO DISMISS ENTIRE ACTION WITH<br>) PREJUDICE<br>)<br>)<br>)<br>)<br>)<br>) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  1/30/2012

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com