UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOY AND KEVIN THOMAS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No.  CV-11-02695-JAM-DAD<br><br>ORDER GRANTING<br>JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　　Based on the Joint Stipulation and Motion to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  1/30/2012

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Stipulation and Motion to Dismiss Action With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com